# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# CENTRAL BRANCH

| | |
|---|---|
| **KAREN ESPINOZA-VERMILLION,** Plaintiff, v. **CITY OF ONTARIO, ET AL.,** Defendants. | 5:17-CV-00350-CBM-SP **PROTECTIVE ORDER** Judge: The Hon. Magistrate Judge Sherri Pym Trial Date: None Action Filed: 2/24/2017 |

The parties have executed and filed with the Court on August 3, 2017, a Stipulated Protective Order, the subject matter of which is:

any documents filed under seal with the San Bernardino County Superior Court in connection with the search and arrest warrants sought and issued in February 2015, bearing the reference RASW150204, or any records issued in connection with the investigation referenced in that matter which reveal the methods or means of investigation, sources of information or informants, and/or personal information of investigators or those people or properties

1

identified, suspects, and persons/places of interest identified in the criminal matter, including but not limited to the portions of the Arrest Warrant, Search Warrant, Statement of Experience and Declaration and Request for Order to Seal Records containing such information and the entire "Probable Cause" statement, whether redacted or un-redacted, filed in connection with the application for and issuance of the arrest and search warrant, the criminal matter resulting from the warrants, searches or arrests, and any cases or filings associated with them.

The Court hereby adopts the terms of the Stipulation and deems them to be an order of the Court.

**IT IS SO ORDERED.**

Dated: August 9, 2017     _____
The Honorable Sherri Pym
United States Magistrate Judge

Submitted by:
XAVIER BECERRA
Attorney General of California
ELIZABETH S. ANGRES
Supervising Deputy Attorney General
ELIZABETH G. O'DONNELL
Deputy Attorney General
State Bar No. 162453
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone: (213) 897-2563
 Fax: (213) 897-2810
 E-mail: Elizabeth.ODonnell@doj.ca.gov

*Attorneys for Defendant CHP Detective David Navarro*

2