# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN ESPINOZA-VERMILLION, <br> Plaintiff, <br> v. <br> CITY OF ONTARIO, *et al.*, <br> Defendants. | Case No.: CV 17-350-CBM-SP <br><br> **JUDGMENT** |

Consistent with the Court's Order re: Defendant David Navarro's Motion for Summary Judgment (Dkt. No. 102), judgment is entered in favor of Defendant Navarro, and against Plaintiff Karen Espinoza-Vermillion.

DATED: October 9, 2018.

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE